## MEMORANDUM ORDER.

IN THE MATTER OF WAYLAND WHITE, JR.
(STATE *v.* WAYLAND WHITE, JR.)

(Filed 11 June, 1952.)

**Habeas Corpus § 4:  Courts § 5—**

A Superior Court Judge has no jurisdiction to act upon a petition based upon the same facts upon which another Superior Court Judge has previously denied a motion for writ of *habeas corpus.*

PETITION for *certiorari* by Wayland White, Jr., to review writs of *habeas corpus* denied by *Williams, J.,* in Chowan County Superior Court, April Term, 1952, and *Carr, J.,* in Wake County Superior Court, April Term, 1952.

PER CURIAM.  A Superior Court Judge has no jurisdiction to act upon a petition based upon the same facts upon which another Superior Court Judge has previously denied a motion for writ of *habeas corpus.*

Petition denied.